1040

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES ROBERT SINGER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85-1-01766-4, Janice Niemi, J. Pro Tem., entered June 9, 1992. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Kennedy, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. MARK A. FUHRMANN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 91-1-00093-2, Michael F. Moynihan, J., entered March 3, 1992. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster, C.J., and Pekelis, J.

MEDICAL INNOVATIONS, INC., *Respondent*, v. TERRY L. DAWSON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-2-02558-1, Ronald Castleberry, J., entered November 16, 1992. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid and Becker, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DEAN HUNSAKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-03613-2, Peter Jarvis, J., entered May 4, 1992. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Kennedy, JJ. Now published at 74 Wn. App. 209.